**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

In re: HUBBARD-DAVIS, BETTY JEAN       § Case No. 07-12451
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    LOUIS W. LEVIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $185,455.00 |
| Total Distribution to Claimants: $11,271.84 | Claims Discharged Without Payment: $20,180.00 |
| Total Expenses of Administration: $31,360.65 | |

    3) Total gross receipts of $ 44,807.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,175.00 (see **Exhibit 2**), yielded net receipts of $42,632.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $107,650.00 | $9,588.07 | $9,588.07 | $9,588.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 52,729.18 | 52,729.18 | 31,360.65 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,780.00 | 8,418.87 | 1,683.77 | 1,683.77 |
| **TOTAL DISBURSEMENTS** | $136,430.00 | $70,736.12 | $64,001.02 | $42,632.49 |

    4) This case was originally filed under Chapter 7 on July 12, 2007.
. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2010      By: /s/LOUIS W. LEVIT
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Stock Account | 1130-000 | 19,769.15 |
| Claim against insurance company for denied claim | 1129-000 | 25,000.00 |
| Interest Income | 1270-000 | 38.34 |
| **TOTAL GROSS RECEIPTS** | | **$44,807.49** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Betty Jean Hubbard-Davis | Dividend paid 100.00% on $2,175.00; Claim# EXEMPTIO; Filed: $2,175.00; Reference: 8100-000 | | 2,175.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,175.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Patrick Davis | 4210-000 | N/A | 9,588.07 | 9,588.07 | 9,588.07 |
| ABN Amro Mortgage Group | 4110-000 | 107,500.00 | N/A | N/A | 0.00 |
| City of Chicago Dept. of Water | 4120-000 | 150.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$107,650.00** | **$9,588.07** | **$9,588.07** | **$9,588.07** |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Louis W. Levit, Trustee | 2100-000 | N/A | 5,013.00 | 5,013.00 | 2,208.47 |
| Clerk of the U.S. Bankruptcy Clerk | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| DiMonte & Lizak LLC | 3210-000 | N/A | 33,182.50 | 33,182.50 | 14,618.50 |
| Wolin Kelter & Rosen, Ltd. | 3210-600 | N/A | 8,333.33 | 8,333.33 | 8,333.33 |
| DiMonte & Lizak LLC | 3220-000 | N/A | 127.05 | 127.05 | 127.05 |
| Wolin Kelter & Rosen, Ltd. | 3220-610 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | N/A | 1,295.00 | 1,295.00 | 1,295.00 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | N/A | 42.05 | 42.05 | 42.05 |
| Veritext Chicago Reporting Co. | 2690-000 | N/A | 236.25 | 236.25 | 236.25 |
| Wolin, Kelter & Rosen, Ltd. | 3210-600 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 52,729.18 | 52,729.18 | 31,360.65 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 700.00 | 440.82 | 88.16 | 88.16 |
| Chase Bank USA | 7100-000 | 6,800.00 | 7,556.16 | 1,511.23 | 1,511.23 |
| Trinity Hospital | 7100-000 | 1,100.00 | 421.89 | 84.38 | 84.38 |
| US Small Business Admin | 7100-000 | 7,700.00 | N/A | N/A | 0.00 |
| T-Mobile | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| Verizon Wireless | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| WOW Telephone | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| JC Penney | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| ADT Security Services | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| Allstate Insurance | 7100-000 | unknown | N/A | N/A | 0.00 |
| Chicago Imaging Assoc. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| City of Chicago-EMS | 7100-000 | 500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Life Insurance Co. of No. America | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| Dr. William Jennings | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| EMU Chicago Fire Ambulance | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| MCI Worldcom | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 28,780.00 | 8,418.87 | 1,683.77 | 1,683.77 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-12451  
**Case Name:** HUBBARD-DAVIS, BETTY JEAN  

**Trustee:** (330450) LOUIS W. LEVIT  
**Filed (f) or Converted (c):** 07/12/07 (f)  
**§341(a) Meeting Date:** 08/09/07  

**Period Ending:** 03/01/10  
**Claims Bar Date:** 02/13/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1035 E. 90th St., Chicago, IL    House destroyed in fire | 5,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account | 625.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, CDs, Tapes, Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 8 | IRA | 181,000.00 | 0.00 | | 0.00 | FA |
| 9 | Stock Account    Stock account with Edward Jones allegedly owned jointly with Debtor's son | 10,251.00 | 10,251.00 | | 19,769.15 | FA |
| 10 | Class action lawsuit against Edward Jones    Lawsuit filed for breach of fiduciary duty | Unknown | 0.00 | | 0.00 | FA |
| 11 | 1998 Nissan Altima | 1,830.00 | 0.00 | | 0.00 | FA |
| 12 | Claim against insurance company for denied claim | 0.00 | 0.00 | | 25,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 38.34 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$200,981.00** | **$10,251.00** | | **$44,807.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee recovered funds from Debtor's stock account on January 25, 2008; Trustee is investigating additional assets for recovery; Trustee recieved court authortity to conduct a 2004 examination of insurance company that denied claim to Debtor for house fire; claim bar date is fixed as February 13, 2008. TFR filed. Final hearing held 12/29/09. Final distribution made. Awaiting zero balance bank statement and then will prepare and submit TDR.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2008        **Current Projected Date Of Final Report (TFR):**   November 25, 2009 (Actual)

Printed: 03/01/2010 08:03 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-12451  
**Case Name:** HUBBARD-DAVIS, BETTY JEAN

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*19-65 - Money Market Account

**Taxpayer ID #:** 13-7586595  
**Period Ending:** 03/01/10

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/25/08 | {9} | Edward Jones Investing | Close of Account 890-07843 | 1130-000 | 19,769.15 | | 19,769.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.48 | | 19,769.63 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.05 | | 19,773.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.67 | | 19,777.35 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.75 | | 19,780.10 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.47 | | 19,782.57 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 19,785.08 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 19,787.59 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Posting | 1270-000 | 2.35 | | 19,789.94 |
| 09/04/08 | 1001 | Veritext Chicago Reporting Co. | Court reporting expense Voided on 07/16/09 | 2690-000 | | ! 23.25 | 19,766.69 |
| 09/04/08 | 1002 | Veritext Chicago Reporting Co. | court reporting expense | 2690-000 | | ! 236.25 | 19,530.44 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Posted | 1270-000 | 2.59 | | 19,533.03 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Posted | 1270-000 | 2.15 | | 19,535.18 |
| 11/04/08 | 1003 | Wolin, Kelter & Rosen, Ltd. | Retainer per order | 3210-600 | | ! 3,000.00 | 16,535.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.41 | | 16,536.59 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 16,537.76 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,538.43 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 16,539.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 16,539.78 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,540.45 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,541.10 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 16,541.82 |
| 07/16/09 | 1001 | Veritext Chicago Reporting Co. | Court reporting expense Voided: check issued on 09/04/08 | 2690-000 | | ! -23.25 | 16,565.07 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,565.76 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,566.45 |
| 09/18/09 | {12} | Allstate | | 1129-000 | 25,000.00 | | 41,566.45 |
| 09/24/09 | 1004 | Wolin Kelter & Rosen, Ltd. | | 3220-610 | | 1,250.00 | 40,316.45 |
| 09/24/09 | 1005 | Wolin Kelter & Rosen, Ltd. | | 3210-600 | | 8,333.33 | 31,983.12 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 31,984.10 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,985.40 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Bank recon item | 1270-000 | 1.34 | | 31,986.74 |
| 11/30/09 | Int | JP MORGAN CHASE BANK | Void-reversal bank recon item posted in error | 1270-000 | -1.34 | | 31,985.40 |
| 12/28/09 | Int | JP Morgan Chase | Interest to close account for final distribution | 1270-000 | 1.34 | | 31,986.74 |
| 12/28/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.17 | | 31,987.91 |
| 12/28/09 | | To Account #\*\*\*\*\*\*\*\*1966 | | 9999-000 | | 31,987.91 | 0.00 |

Subtotals :    $44,807.49    $44,807.49

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 03/01/2010 08:03 PM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-12451  
**Case Name:** HUBBARD-DAVIS, BETTY JEAN  

**Taxpayer ID #:** 13-7586595  
**Period Ending:** 03/01/10  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 44,807.49 | 44,807.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 31,987.91 | |
| | | | **Subtotal** | | 44,807.49 | 12,819.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,807.49** | **$12,819.58** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 03/01/2010 08:03 PM    V.11.53

Exhibit 9

# FORM 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-12451 | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | HUBBARD-DAVIS, BETTY JEAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****19-66 - Checking Account |
| Taxpayer ID #: | 13-7586595 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/09 | | From Account #********1965 | | 9999-000 | 31,987.91 | | 31,987.91 |
| 12/28/09 | 101 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $88.16; Claim# 1; Filed: $440.82; Reference: | 7100-000 | | 88.16 | 31,899.75 |
| 12/28/09 | 102 | Chase Bank USA | Dividend paid 100.00% on $1,511.23; Claim# 2; Filed: $7,556.16; Reference: | 7100-000 | | 1,511.23 | 30,388.52 |
| 12/28/09 | 103 | Trinity Hospital | Dividend paid 100.00% on $84.38; Claim# 3; Filed: $421.89; Reference: | 7100-000 | | 84.38 | 30,304.14 |
| 12/28/09 | 104 | Patrick Davis | Dividend paid 100.00% on $9,588.07; Claim# COOWNER; Filed: $9,588.07; Reference: | 4210-000 | | 9,588.07 | 20,716.07 |
| 12/28/09 | 105 | Betty Jean Hubbard-Davis | Dividend paid 100.00% on $2,175.00; Claim# EXEMPTIO; Filed: $2,175.00; Reference: | 8100-000 | | 2,175.00 | 18,541.07 |
| 12/28/09 | 106 | DiMonte & Lizak LLC | Dividend paid 100.00% on $127.05, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 127.05 | 18,414.02 |
| 12/28/09 | 107 | Clerk of the U.S. Bankruptcy Clerk | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 18,164.02 |
| 12/28/09 | 108 | Alan D. Lasko & Associates, P.C. | Dividend paid 100.00% on $1,295.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,295.00 | 16,869.02 |
| 12/28/09 | 109 | Alan D. Lasko & Associates, P.C. | Dividend paid 100.00% on $42.05, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 42.05 | 16,826.97 |
| 12/28/09 | 110 | DiMonte & Lizak LLC | Dividend paid 44.05% on $33,182.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 14,618.50 | 2,208.47 |
| 12/28/09 | 111 | Louis W. Levit, Trustee | Dividend paid 44.05% on $5,013.00, Trustee Compensation; Reference: Voided on 01/07/10 | 2100-000 | | 2,208.47 | 0.00 |
| 01/07/10 | 111 | Louis W. Levit, Trustee | Dividend paid 44.05% on $5,013.00, Trustee Compensation; Reference: Voided: check issued on 12/28/09 | 2100-000 | | -2,208.47 | 2,208.47 |
| 01/07/10 | 112 | Louis W. Levit, Trustee | Dividend paid 44.05% on $5,013.00, Trustee Compensation; Reference: | 2100-000 | | 2,208.47 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 31,987.91 | 31,987.91 | $0.00 |
| Less: Bank Transfers | | 31,987.91 | 0.00 | |
| **Subtotal** | | **0.00** | **31,987.91** | |
| Less: Payments to Debtors | | | 2,175.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$29,812.91** | |

{} Asset reference(s)    Printed: 03/01/2010 08:03 PM    V.11.53

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-12451  
**Case Name:** HUBBARD-DAVIS, BETTY JEAN  

**Taxpayer ID #:** 13-7586595  
**Period Ending:** 03/01/10  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **MMA # ***-*****19-65** | 44,807.49 | 12,819.58 | 0.00 |
| **Checking # ***-*****19-66** | 0.00 | 29,812.91 | 0.00 |
|  | $44,807.49 | $42,632.49 | $0.00 |

{} Asset reference(s)    Printed: 03/01/2010 08:03 PM    V.11.53